# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACHEL BEIDARI RAJPUT,** | : | |
|     Plaintiff | : | |
| | : | No. 1:15-cv-00807 |
|     v. | : | |
| | : | (Judge Kane) |
| **CREDIT ONE FINANCIAL d/b/a** | : | |
| **CREDIT ONE BANK,** | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 7th day of December 2015, **IT IS HEREBY ORDERED THAT** Defendant's motion to dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and to compel arbitration (Doc. No. 6), is **DENIED**.

**IT IS FURTHER ORDERED THAT** a period of arbitration-related discovery shall commence on this day and extend for sixty (60) days.  The parties are directed to file either dispositive motions or status updates within ten (10) days after the discovery period has ended.

**IT IS FURTHER ORDERED THAT** Plaintiff's motion for leave to file a response (Doc. No. 14), is **DENIED AS MOOT**.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania